# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE HOWARD, | NO. EDCV 11-00790 JVS (SS) |
|         Petitioner, | |
|     v. | **JUDGMENT** |
| TERRI GONZALEZ, Acting Warden, | |
|         Respondent. | |

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 6, 2012

                                        JAMES V. SELNA
                                        UNITED STATES DISTRICT JUDGE